STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDWARD H. KUBO, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 9 2000

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERNESTO CASTILLO LOPEZ, JR.,<br><br>Defendant. | CR. NO. CR00-00164 DAE<br><br>**INDICTMENT**<br>[18 U.S.C. § 2113(a)] |

### INDICTMENT

The Grand Jury charges that:

On or about April 6, 2000, in the District of Hawaii, ERNESTO CASTILLO LOPEZ, JR., defendant herein, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of the First Hawaiian Bank, Waipahu Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

DATED: __April 19__, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
UNITED STATES ATTORNEY

_____
ELLIOT ENOKI
FIRST ASSISTANT U.S. ATTORNEY

_____
EDWARD H. KUBO, JR.
ASSISTANT U.S. ATTORNEY

United States v. Ernesto Castillo Lopez, Jr.
Cr.No. _____;
Indictment