# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/09/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 00-00164DAE

CASE NAME:        USA v. Ernesto Castillo Lopez, Jr.

ATTYS FOR PLA:    Darren Ching

ATTYS FOR DEFT:   Shanlyn Park

USPO:             Jonathan Skedeleski

---

JUDGE:    David Alan Ezra          REPORTER:    Cynthia Fazio

DATE:     11/09/2006               TIME:        11:00am-11:20am

---

COURT ACTION:   EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant Ernesto Castillo Lopez, Jr. present in custody.

Order to Show Cause Why Supervised Released Should Not Be Revoked-CONTINUED to 11/27/2006 @2:00pmDAE

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager