ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

SHANLYN A. S. PARK # 6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
ERNESTO CASTILLO LOPEZ, JR.

FILED IN THE    DEC 15 2006
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>ERNESTO CASTILLO LOPEZ, JR.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cr. No. 00-00164 DAE<br><br>NOTICE OF APPEAL;<br>CERTIFICATE OF SERVICE |

**NOTICE OF APPEAL**

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that defendant

ERNESTO CASTILLO LOPEZ, JR., through counsel, Shanlyn A. S. Park,

Assistant Federal Defender, hereby appeals to the United States Court of Appeals

for the Ninth Circuit from the Judgment of Conviction and Sentence entered by

the Honorable David A. Ezra.

DATED:   Honolulu, Hawaii, December 15, 2006.

SHANLYN A. S. PARK
Attorney for Defendant
ERNESTO CASTILLO LOPEZ, JR.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and exact copy of the foregoing

document was duly hand-delivered to the following on December 15, 2006:

DARREN CHING
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96850

Attorney for Plaintiff-Appellee
UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, December 15, 2006.

Hermi Hunt