# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00164DAE |
| CASE NAME: | USA v. Ernesto Castillo Lopez, Jr. |
| ATTYS FOR PLA: | Darren Ching |
| ATTYS FOR DEFT: | Shanlyn Park |
| USPO: | Jonathan Skedeleski |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Debra Chun |
| DATE: | 11/27/2006 | TIME: | 2:35pm-2:40pm |

COURT ACTION:  EP: Further Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant Ernesto Castillo Lopez, Jr. present in custody.

Further Order to Show Cause Why Supervised Released Should Not Be Revoked- CONTINUED to 12/1/20006 @900amDAE.

Submitted by:  Theresa Lam, Courtroom Manager