07-10021

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED
JAN 10 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**      U.S.A. vs. Ernesto Castillo Lopez, Jr.

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 00-00164DAE

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 16 2007
DISTRICT OF HAWAII

II  **DATE NOTICE OF APPEAL FILED:**      12/15/06

III **U.S. COURT OF APPEALS PAYMENT STATUS:**   Federal Public Defender

   **DOCKET FEE PAID ON:**              **AMOUNT:**

   **NOT PAID YET:**                    **BILLED:**

   **U.S. GOVERNMENT APPEAL:**          **FEE WAIVED:**

   WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?

   IF YES, SHOW DATE:

   WAS F.P. STATUS REVOKED:             DATE:

   WAS F.P. STATUS LIMITED IN SOME FASHION?

   IF YES, EXPLAIN:

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)