AO 245B   (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:00CR00164-001 | Judgment - Page 3 of 5 |
| DEFENDANT: | ERNESTO CASTILLO LOPEZ, JR. | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **8 MONTHS**

[✔]   The court makes the following recommendations to the Bureau of Prisons:
FDC Honolulu.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on  01-29-07  to  FDC Honolulu
at  Honolulu, HI , with a certified copy of this judgment.

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 23 2007
at 3 o'clock and 10 min __M
SUE BEITIA, CLERK

_____ John T. Rathman
WARDEN ~~UNITED STATES MARSHAL~~

By _____ W. Tsai
LIE ~~Deputy U.S. Marshal~~