IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. __00-00164 DAE__

Short Case Title __UNITED STATES v. ERNESTO CASTILLO LOPEZ, JR.__

Date Notice of Appeal Filed by Clerk of District Court __DECEMBER 15, 2006__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 03 2007
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~  __6__ o'clock and __57__ min __P__ M |
| | | ~~Opening Statements~~ |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| | | ~~Pre-Trial Proceedings~~ |
| __SEE ATTACHED__ | | Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __January 3, 2007__   Estimated date for completion of transcript __February 2, 2007__

Print Name of Attorney __SHANLYN A. S. PARK__   Phone Number __541-2521__
__ASSISTANT FEDERAL DEFENDER__

Signature of Attorney _[signature]_

Address __300 ALA MOANA BOULEVARD, SUITE 7-104, HONOLULU, HAWAII 96850-5269__

**SECTION B** - To be completed by court reporter

I, __Cynthia Fajardo__ (signature of court reporter) have received this designation.
( ✓ ) Arrangements for payment were made on __1/5/07__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__40__ Approximate Number of Pages in Transcript--Due Date __2/24/07__

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __2/1/07__   Court Reporter's Signature _[signature]_

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn   __5/14/07__   BY: _[signature]_
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

cc: counsel, email

# ATTACHMENT

## TRANSCRIPT DESIGNATION AND ORDERING FORM

United States v. Ernesto Castillo Lopez, Jr.
D.C. No. 00-00164 DAE (District of Hawaii)

| DATE | DOCKET # | COURT REPORTER | PROCEEDINGS |
|---|---|---|---|
| 03/05/01 ✓ | 38 | Terrence Chun | Sentencing |
| 11/09/06 ✓ | 47 | Cynthia Fazio | Order to Show Cause Why Supervised Release Should Not Be Revoked |
| 11/27/06 | 48 ✓ | Debra Chun | Further Order to Show Cause Why Supervised Release Should Not Be Revoked |
| ~~12/04/06~~ 12/1/06 ✓ | 49 | Cynthia Fazio | Further Order to Show Cause Why Supervised Release Should Not Be Revoked |