# United States Court of Appeals for the Ninth Circuit
# Record Transmittal Form

Date: July 5, 2007

To:  United States Court of Appeals     Attn:  ( )  Civil
     For the Ninth Circuit
     Office of the Clerk                        (✓) Criminal
     95 Seventh Street
     San Francisco, California 94103            ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 00-00164DAE        Appeal No:    07-10021
Short Title:  USA vs. Lopez

Clerk's Files in    1    volumes  (✓) original  ( ) certified copy
Bulky docs              volumes (folders)  docket #
Reporter's              volumes  ( ) original  ( ) certified copy
Transcripts
Exhibits                volumes  ( ) under seal
                        boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: 11,12,13,14,29,37

Acknowledgment: _____    Date: _____

cc: Counsel