**FILED**

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 15 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 07-10021 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-00-00164-DAE |
| v. | |
| ERNESTO CASTILLO LOPEZ, JR., | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submitted June 5, 2007**

Before:   LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

Ernesto Castillo Lopez, Jr. appeals from the district court's revocation of supervised release.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Castillo Lopez's counsel has filed a brief stating that he finds no meritorious issues for review and a

---

   *   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

   **   This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

motion to withdraw as counsel of record. Castillo Lopez has not filed a pro se brief, and the Government has not filed an answering brief.

Our independent review of the briefs and the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83 (1988), discloses no grounds for relief on appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL - 9 2007

by: [signature]
Deputy Clerk