


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

July 9, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| **No.** | **Title** | **Agency/D.C. No.** |
|---|---|---|
| 07-10021 | USA v. Lopez | CR-00-00164-DAE |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Jane Cross
Deputy Clerk

Enclosure(s)
cc: All Counsel

RECEIVED
CLERK US DISTRICT COURT
JUL 12
DISTRICT OF HAWAII

INTERNAL USE ONLY: Proceedings include all events.
07-10021 USA v. Lopez

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Darren W.K. Ching<br>FAX<br>808/541-2850<br>Rm. 6100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| ERNESTO CASTILLO LOPEZ, JR.<br>    Defendant - Appellant | Shanlyn A.S. Park<br>FAX 808/541-3808<br>808/541-2521<br>Suite 7104<br>[COR LD NTC afp]<br>FPDHI - FEDERAL PUBLIC<br>DEFENDER'S OFFICE (HONOLULU)<br>PJKK Federal Bldg.<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850-5269 |