# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: July 5, 2007

To: United States Court of Appeals    Attn: ( ) Civil
       For the Ninth Circuit
       Office of the Clerk                   (✓) Criminal
       95 Seventh Street
       San Francisco, California 94103    ( ) Judge

JUL 17 2007
THY A. CATT...

From: United States District Court
         300 Ala Moana Blvd, Room C-338
         Honolulu, Hawaii 96813

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 17 2007
DISTRICT OF HAWAII

DC No:      CR 00-00164DAE      Appeal No:    07-10021

Short Title:     USA vs. Lopez

Clerk's Files in    __1__    volumes (✓) original ( ) certified copy

Bulky docs    _____    volumes (folders) docket #

Reporter's Transcripts    _____    volumes ( ) original ( ) certified copy

Exhibits    _____    volumes ( ) under seal
          _____    boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: 11,12,13,14,29,37

Acknowledgment: _____ Date: 7/17/07

cc: Counsel